UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

          Plaintiff,

v.

NUCCIO PROCESSING, INC.
and ANTONIO NUCCIO,

          Defendants.

Case No: 2:14-cv-11917

Hon. Arthur J. Tarnow

_____

## **STIPULATED ORDER**

THIS MATTER having come before the Court by way of the parties' stipulation below, Plaintiff's Motion for Pseudonymous Status, and the Court being otherwise advised, orders as follows:

IT IS HEREBY ORDERED plaintiff proceed under pseudonymous status in public filings.

IT IS HEREBY FURTHER ORDERED that the parties shall not disclose the identity of Plaintiff on any filings with the Court through the ECF System or other means available to the general public. The parties are ordered to file any documents in this case with the identity of Plaintiff or her immediate family redacted to avoid disclosure of the identity of Plaintiff to the general public. Any previously filed documents with identifying

information shall be replaced by redacted versions.

Nothing in this order requires that any person, party, attorney, or witness must use plaintiff's initials rather than her full name during any hearing, deposition, or other testimony.

Nothing in this stipulation precludes defendants from filing a motion to challenge this protective order in the future.

IT IS SO ORDERED.

Dated: February 26, 2015   s/Arthur J. Tarnow
United States District Court Judge

## **STIPULATION**

The parties, by and through their respective attorneys, stipulate to the entry of this order.

Respectfully submitted,

NACHT, ROUMEL, SALVATORE,
BLANCHARD & WALKER, P.C.

/s/ David M. Blanchard
David M. Blanchard (P67190)
Attorney for Plaintiff
101 North Main Street, Suite 555
Ann Arbor, MI 48104
(734) 663-7550
dblanchard@nachtlaw.com

/s/ "with consent of" Thomas M. Loeb
Thomas M. Loeb (P25913)
Attorney for Defendants
32000 Northwestern Highway
Suite 170
Farmington Hills, MI 48334
(248) 851-2020
tmloeb@mich.com

Dated: February 25, 2015

2